FILED

# United States District Court

OCT 11 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | |
| JAMIE ALLEN HUTTO | CASE NUMBER: 2:05mj121-M |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  October 5, 2005,  in  Geneva  county and elsewhere within the  Middle  District of  Alabama  defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute approximately 50 grams or more of methamphetamine, a Schedule II Controlled Substance,

in violation of Title ____21____ United States Code, Section(s) __841(a)(1)__   I further state that I am a(n)

__Drug Enforcement Administration Special Agent__  and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 11, 2005                              at   Montgomery, Alabama

Date                                                     City and State

Vanzetta P. McPherson, U.S. Magistrate Judge          _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

# Affidavit

1. On October 5, 2005, the Geneva County, Alabama Sheriff's Department and the Alabama Bureau of Investigation executed a State of Alabama search warrant at 7983 S. County Road 49 in Faydette, Alabama, located in Geneva County, Alabama.

2. Jamie Allen HUTTO was present at the search at 7983 S. County Road 49 in Faydette, Alabama. During the search, agents located several items of evidentiary value including approximately four pipes used for smoking methamphetamine and digital scales. In addition, after being read his Miranda rights, Jamie HUTTO advised agents that he had approximately one pound of methamphetamine in his bedroom under his bed. Agents then seized the approximately one pound of methamphetamine from under the bed in Jaime HUTTO's bedroom. The Geneva County, Alabama Sheriff's Department has conducted a field test on the substance found under HUTTO's bed and it tested positive for methamphetamine. Furthermore, agents located a 12 gauge shotgun in Jamie HUTTO's bedroom lying on top of the bed that the methamphetamine was located under. Agents have been conducting surveillance on Jamie HUTTO for several months and had observed him at 7983 S. County Road 49 in Faydette, Alabama for long periods of time including over night. Further, during the search at 7983 S. County Road 49 in Faydette, Alabama agents located mail bearing HUTTO's name and the 7983 S. County Road 49 address. Agents also found other documents as well as clothes that indicated Jamie HUTTO occupied the bedroom where the methamphetamine was located.

_____
SPECIAL AGENT DEVIN WHITTLE
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before
me this 11th day of September, 2005.

_____
VANZETTA MCPHERSON
UNITED STATES MAGISTRATE JUDGE