| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | |
| MIDDLE DISTRICT OF ALABAMA | |
| √ INITIAL APPEARANCE | DATE: 10/13/05 |
| ☐ BOND HEARING | |
| ☐ DETENTION HEARING | DIGITAL Recording : 11:17 a.m. - 11:23 a.m. |
| ☐ PRELIMINARY (EXAMINATION)(HEARING) | |
| ☐ REMOVAL HEARING (R.40) | |
| ☐ ARRAIGNMENT | |

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda Robinson
CASE NO.   1:05mj121-M                           DEFENDANT NAME:  Jamie Allen Hutto
AUSA:  Verne Speirs                              DEFT. ATTY:  Donnie Bethel
                                                 Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD
PTSO:  Tamara Martin                             USPO: _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present  (√ ) NO; ( ) YES        Name:

---

| | |
|---|---|
| √ | Date of Arrest 10/13/05  or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| √ | √ Government's ORAL Motion for Detention Hrg. √ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing ☐ held; √ set for   18 October 2005 @ 10:00 a.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for |
| ☐ | DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: |