IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05mj121-VPM |
| | ) | |
| JAMIE ALLEN HUTTO | ) | |

**ORDER**

For good cause,

It is ORDERED that the Government's Motion for Detention Hearing filed 13 October 2005 (Doc #3) is **GRANTED** and that a Detention Hearing and a Preliminary Examination Hearing are hereby set for 18 October 2005 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE