# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/18/05            DIGITAL RECORDING: 10:08 - 10:10

DATE COMPLETED: - 10/18/05

USA                                  *       1:05mj121-VPM

vs                                   *

Jamie Allen Hutto                    *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kevin Butler | * | A. Clark Morris |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    Detention/Preliminary Hearing

HEARING NOT HELD; RESET for 10/21/05 @ 10:00 a.m.

---

| Description | 1:05mj121-VPM  USA v. Jamie Allen Hutto;  Preliminary/Detention Hearing | |
|---|---|---|
| Date | 10/18/2005 | Location |
| Time | Speaker | Note |
| 10:08:50 AM | Court | Court convenes |
| 10:10:08 AM | | Court questions defendant regarding representation; Court appoints Federal Defenders' Office for this defendant; hearing reset for Friday 10/21/05 at 10:00 a.m. |
| | | **COURT IN RECESS** |