# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 10/21/05    DIGITAL RECORDING: 10:45 a.m. - 11:22 a.m.

DATE COMPLETED: 10/21/05

USA                               *        1:05mj121-VPM
vs                                *
Jamie Allen Hutto                 *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kevin Butler | | A. Clark Morris |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy          Tamara Martin, USPO

### PROCEEDINGS:

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 1:05mj121-VPM: USA vs. Jamie Allen Hutto: Preliminary/Detention Hearing | |
| **Date** | 10/21/2005 | **Location** |
| **Time** | **Speaker** | **Note** |
| 10:46:20 AM | Defendant | Addresses Court - No objections to Government's Motion for Detention with leave to Re Address Detention Issue at later time |
| 10:46:53 AM | Court | Addresses issue brought forward to the Court regarding Detention Hearing; Proceedings will go forward on Preliminary Hearing |
| 10:48:30 AM | Government | Calls special Agent Devin Whittle; Witness gives testimony |
| 10:57:00 AM | Defendant | Questions Witness |
| 11:11:20 AM | Government | Redirects witness |
| 11:13:29 AM | Defendant | Re Cross |
| 11:16:33 AM | Government | Rest |
| 11:16:46 AM | Government | Makes Statement to the Court regarding probable cause |
| 11:17:54 AM | Defendant | Makes Statement to the Court regarding lack of cause for case to go forward |
| 11:20:51 AM | Court | Addresses attorneys regarding pending charges as to defendant in Geneva County |
| 11:22:11 AM | Court | Finds Probable Cause to Bound Over to Grand Jury; Defendant Remanded to USM |
| | RECESS | |