IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                     ) | CR. No.: 1:05-mj-121-VPM |
| ) | |
| JAMIE ALLEN HUTTO      ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Kevin L. Butler, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Jamie Allen Hutto. In support of this Motion, counsel states the following:

1. On October 13, 2005, the Federal Defender Office was appointed to represent Jamie Allen Hutto with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Kevin L. Butler.

2. During trial preparation, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Hutto. Specifically, a former client, John Strickland, is cooperating against Mr. Hutto.

3. Undersigned counsel requests that on behalf of Mr. Hutto CJA panel attorney Brent Dean be appointed to represent him in all further proceedings in this case. Mr. Hutto will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Hutto and that Brent Dean be appointed to represent him.

Dated this 2nd day of November 2005.

    Respectfully submitted,


    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 1:05-mj-121-VPM** |
| ) | |
| **JAMIE ALLEN HUTTO** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 2, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                      Respectfully submitted,

                                      s/ Kevin L. Butler
                                      KEVIN L. BUTLER
                                      First Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail: kevin_butler@fd.org
                                      AZ Bar Code: 014138